1006

[No. 524-1.    Division One—Panel 2.    January 24, 1972.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANCIS CLAYTON PALMER, *Appellant.*

[No. 278-3.    Division Three.    January 25, 1972.]

NORTHWEST BUSINESS INVESTMENT CORPORATION *et al., Respondents,* v. ALBERT H. FARMER, *Appellant.*

[No. 310-3.    Division Three.    January 28, 1972.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM EDWARD CLARK, *Appellant.*

[No. 344-3.    Division Three.    January 31, 1972.]

DEL J. SIMMONS, *Respondent,* v. KENNETH W. CAIN *et al., Appellants.*

[No. 907-1.    Division One—Panel 2.    February 7, 1972.]

ASSOCIATED SAND & GRAVEL CO., INC., *Respondent,* v. AARON (ROY) HAMMOND *et al., Defendants,* UNITED PACIFIC INSURANCE COMPANY, *Appellant.*

[No. 375-3. Division Three. February 8, 1972.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS J. SARVER, *Appellant.*

[No. 456-3. Division Three. February 8, 1972.]

THE WASHINGTON WATER POWER COMPANY, *Respondent,* v. MRS. ROY T. HOTCHKISS, *Appellant.*

[No. 391-3. Division Three. February 10, 1972.]

MARY E. STEPHENS, *Appellant,* v. TRAVELERS INSURANCE COMPANY, *Respondent.*

[No. 524-2. Division Two. February 15, 1972.]

MAXINE S. SCHNELL, *Appellant,* v. DALE W. BECKER *et al., Respondents.*